1  AARON D. FORD
   Attorney General
2  JAMIE S. HENDRICKSON (Bar No. 12770)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  Tel: (702) 486-3326
   Fax: (702) 486-3768
6  Email: jhendrickson@ag.nv.gov

7  *Attorneys for Interested Party*
   *Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY M. RICHARDS, | Case No. 3:24-cv-00124-MMD-CLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| BREITENBACH, *et al.*, | |
| Defendants. | |

Plaintiff, Jeffrey M. Richards, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 22nd day of April 2025.

By: _____
Jeffrey M. Richards (NDOC #095220)
Plaintiff, Pro Se

DATED this 22nd day of April 2025.
AARON D. FORD
Attorney General

By: /s/ *Jamie S. Hendrickson*
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 22, 2025